JS - 6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| CARLOS MARTINEZ, | ) Case No. CV 08-7362-CJC(AJW) |
| Petitioner, | ) JUDGMENT |
| v. | ) |
| WARDEN, | ) |
| Respondent. | ) |

It is hereby adjudged that the petition for a writ of habeas corpus is dismissed for lack of jurisdiction.

Dated: December 11, 208

_____
Cormac J. Carney
United States District Judge